JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-07545-SVW-JC<br><br>Judge: Hon. Stephen V. Wilson<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT |

**[PROPOSED] ORDER**

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: October 15, 2025

_____
Hon. Stephen V. Wilson
United States District Court Judge